# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 257 EAL 2022

                Respondent            :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

                v.                       :

                                     :

MARCUS JOHNSON,                :

                                     :

                Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.